UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:18-CR-00390(1)-OLG |
| | § | |
| (1) Robert Mikell Ussery | § | |

## ORDER CANCELLING IN-PERSON REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **IN-PERSON REARRAIGNMENT AND PLEA on Friday, July 22, 2022 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 22nd day of July, 2022.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE